FILED
13-0123
SUPREME COURT OF TEXAS
AUSTIN, TEXAS
2/18/2014 4:17:25 PM
BLAKE HAWTHORNE
CLERK

TRANSFERRED TO

MDL NO. 13-0123

| FOSTER BARKER | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 206TH JUDICIAL COURT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

CAUSE NO. C-4904-13-G

| FOSTER BARKER | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 370TH JUDICIAL COURT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN. It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 370th Judicial District of Hidalgo County, Texas.

SIGNED this _____ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:
    Jason B. Speights
    Todd Worrich
    Manuel Cardenas
    FAX: 210-495-6790

    Tiffany DeBolt
    FAX:  361-883-0210

TRANSFERRED TO

MDL NO. 13-0123

| AMBROSIO VILLARREAL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 206th JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

NO. C-2286-13-H

| AMBROSIO VILLARREAL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 389th JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN. It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 389th Judicial District of Hidalgo County, Texas.

SIGNED this _____ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:
Jason B. Speights
Todd Worrich
W. Lee Calhoun
FAX: 210-495-6790

Tiffany DeBolt
FAX: 361-883-0210

TRANSFERRED TO

MDL NO. 13-0123

| DAVID MONTALVO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 206TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

NO. C-5042-13-J

| DAVID MONTALVO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 430TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN.  It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 430th Judicial District of Hidalgo County, Texas.

SIGNED this _____ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:
Jason B. Speights
Todd Worrich
Manuel Cardenas
Shelly Enyart
FAX: 210-495-6790

Tiffany DeBolt
FAX:  361-883-0210

TRANSFERRED TO

MDL NO. 13-0123

| RICARDO MACIAS AND GLADIS GARCIA | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| VS. | § | 206TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

NO. C-4468-13-A

| RICARDO MACIAS AND GLADIS GARCIA | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| VS. | § | 92ND JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN. It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 92nd Judicial District of Hidalgo County, Texas.

SIGNED this \_\_\_\_\_ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:
Jason B. Speights
Todd Worrich
FAX: 210-495-6790

Tiffany DeBolt
FAX:  361-883-0210

TRANSFERRED TO

MDL No. 13-0123

| GABRIEL GONZALEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 206TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

No. C-2639-13-G

| GABRIEL GONZALEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 370TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN. It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 370th Judicial District of Hidalgo County, Texas.

SIGNED this _____ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:
Jason B. Speights
Todd Worrich
Lee Calhoun
FAX: 210-495-6790

Tiffany DeBolt
FAX: 361-883-0210

TRANSFERRED TO

MDL NO. 13-0123

| INES DE LA O | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | 206TH JUDICIAL COURT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

TRANSFERRED FROM

NO. C-4332-13-H

| INES DE LA O | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | 389TH JUDICIAL COURT |
| | § | |
| STATE FARM LLOYDS | § | HIDALGO COUNTY, TEXAS |

As per the Opinion of the MDL Panel in MDL No. 13-0123 dated February 13, 2014, the Court is of the opinion that the Motion to Remand is meritorious. It is, therefore,

ORDERED that the Court's prior order denying Defendant's Motion to Remand is WITHDRAWN. It is further ORDERED that

Defendant's Motion to Remand is GRANTED, and this case is hereby remanded to the 389th Judicial District of Hidalgo County, Texas.

SIGNED this _____ day of February, 2014.

_____
HONORABLE ROSE GUERRA REYNA

cc:

Jason B. Speights
Todd Worrich
Manuel Cardenas
FAX: 210-495-6790

Tiffany DeBolt
FAX: 361-883-0210